AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND COOPERATION FUNDS

Plaintiffs,

V.

NEW ERA PAINTING INCORPORATED, AN ILLINOIS CORPORATION

Defendant.

08CV4501
JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

CASE NUMBER:    EDA

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

NEW ERA PAINTING INCORPORATED
C/O ITS REGISTERED AGENT, MARTIN DELGADILLO
6614 S. ST. LOUIS AVE.
CHICAGO, IL 60629

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_

(By) DEPUTY CLERK

August 8, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 8/17/08 @ 11:30am |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
Served New Era Pantry Inc c/o Reg Agent Martin
Delgadillo at residence 6620 S. St Louis Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: (H/m, 50, black/gry)
hair, mustache

☐ Returned unexecuted:

_____

_____

_____

☐ Other (specify):

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/17/08
                Date                    Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 206
PARK RIDGE IL 60068
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.